IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC WINTERS, | No. 4:20-CV-01307 |
| Plaintiff, | (Judge Brann) |
| v. | |
| SUSAN ANDREWS, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 10th day of December 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss Count 3 (Doc. 6) is **GRANTED**.

2. Plaintiff may file an amended complaint, if he chooses, by December 31, 2020. If no amended complaint is filed by that date, the action will proceed exclusively on Counts 1 and 2, which Defendants have not opposed.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge